THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| C.O., a minor, by and through her guardian ALISON HALL-O'NEIL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:19-cv-910<br><br>**NOTICE OF PENDENCY OF OTHER ACTION IN ANOTHER JURISDICTION OR FORUM PURSUANT TO LCR 3(H)** |

Pursuant to LCR 3(h), Defendants Amazon.com, Inc., and A2Z Development ("Defendants") provide this notice of pendency of the following action in another jurisdiction, which involves similar subject matter.

- *R.A., a minor, by and through his guardian, Steve Altes, individually and on behalf of all others similarly situated v. Amazon.com, Inc., A2Z Development Center, Inc.*, Case No. 19STCV20205 (Superior Court of the State of California, County of Los Angeles).

In *R.A. v. Amazon.com, Inc., et al.*, plaintiff purports to represent a putative class of "[a]ll citizens of the State of California who used a household Amazon Alexa Device while they were minors, but who have not downloaded and installed the Alexa App." Plaintiff alleges that Defendants violated the California Invasion of Privacy Act, Cal. Penal Code § 632, by recording the putative class members without their consent.

Depending on the developments in the cases, it is possible that coordination between the actions may avoid conflicts, conserve resources, and promote an efficient determination of the action.

Dated: July 3, 2019

Respectfully submitted,

FENWICK & WEST LLP

By: *s/Jeffrey A. Ware*
Jeffrey A. Ware, WSBA No. 43779

1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: jware@fenwick.com

Laurence F. Pulgram (*pro hac vice* pending)
Tyler G. Newby (*pro hac vice* pending)
Molly R. Melcher (*pro hac vice* pending)
Armen N. Nercessian (*pro hac vice* pending)
Avery Brown (*pro hac vice* pending)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415. 281.1350
Email: lpulgram@fenwick.com
tnewby@fenwick.com
mmelcher@fenwick.com
anercessian@fenwick.com
avery.brown@fenwick.com

Mary M. Griffin (*pro hac vice* pending)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200
Email: mgriffin@fenwick.com

*Attorneys for Defendants*
AMAZON.COM, INC. and
A2Z DEVELOPMENT CENTER, INC.

# CERTIFICATE OF SERVICE

I, Pamela Nichols, hereby certify that on July 3, 2019, I caused the foregoing **NOTICE OF PENDENCY OF OTHER ACTION IN ANOTHER JURISDICTION OR FORUM PURSUANT TO LCR 3(H)** to be served on the following parties as indicated below:

| | |
|---|---|
| Andrew S. Brown, WSBA No. 49093<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>600 University St., Ste. 2800<br>Seattle, WA 98101<br>andybrown@quinnemanuel.com<br><br>Andrew H. Schapiro (*pro hac vice* forthcoming)<br>Stephen Swedlow (*pro hac vice* forthcoming)<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>191 N. Wacker Drive, Suite 2700 Chicago, IL 60606 Tel: 312.705.7400 Fax: 312.705.7401<br>andrewschapiro@quinnemanuel.com<br>stephenswedlow@quinnemanuel.com<br><br>Ashley C. Keller (*pro hac vice* forthcoming)<br>Travis D. Lenkner (*pro hac vice* forthcoming)<br>J. Dominick Larry (*pro hac vice* forthcoming)<br>KELLER LENKNER LLC<br>150 N. Riverside Plaza, Ste. 4270<br>Chicago, IL 60606<br>Tel.: 312.741.5220<br>Fax: 312.971.3502<br>ack@kellerlenkner.com<br>tdl@kellerlenkner.com<br>nl@kellerlenkner.com<br><br>Warren D. Postman (*pro hac vice* forthcoming)<br>KELLER LENKNER LLC<br>1300 Street N.W., Suite 400E<br>Washington, D.C.<br>Tel.: 202.749.8334<br>Fax: 312.971.3502<br>wdp@kellerlenkner.com<br><br>*Attorneys for Plaintiff and the Putative Class* | [ ] By United States Mail<br>[ ] By Legal Messenger<br>**[X] By Electronic CM/ECF**<br>[ ] By Overnight Express Mail<br>[ ] By Facsimile<br>[ ] By Email [by agreement of counsel] |

Dated: July 3, 2019    By: *s/Pamela Nichols*
                      For Jeffrey A. Ware, WSBA No. 43779
                      FENWICK & WEST LLP