UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| B.F. and A.A., minors, by and through their guardian Joey Fields, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation,<br><br>Defendants. | Case No. C19-910-RAJ-MLP<br><br>RULE 16(b) AND RULE 23(d)(2) SCHEDULING ORDER REGARDING CLASS CERTIFICATION MOTION |

Having considered the parties' Joint Status Report (Dkt. # 53), the Court enters the following case schedule:

| EVENT | DATE |
|---|---|
| Deadline for joining of additional parties | December 6, 2019 |
| Deadline to complete discovery on class certification | January 7, 2020 |
| Deadline for Plaintiffs to file Motion for Class Certification | February 7, 2020 |
| Deadline for Defendant to file Opposition to Plaintiffs' Motion for Class Certification | March 28, 2020 |
| Deadline for Plaintiffs to file Reply re: Plaintiffs' Class Certification Motion | April 15, 2020 |

ORDER - 1

The Court will set further case schedule deadlines pursuant to Federal Rule of Civil Procedure 16(b) after ruling on the motion for class certification. Counsel for Plaintiffs shall inform the Court immediately should Plaintiffs at any time decide not to seek class certification. The dates set in this scheduling order are firm dates that can be changed only by order of the Court, not by agreement of the parties. The Court will alter these dates only upon good cause shown. The failure to complete discovery within the time allowed will not ordinarily constitute good cause. As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. In addition, pursuant to Federal Rule of Civil Procedure 16, the Court "direct[s] that before moving for an order relating to discovery, the movant must request a conference with the court" by notifying Tim Farrell at (206) 370-8422. *See* Fed. R. Civ. P. 16(b)(3)(B)(v).

The parties are reminded that **mandatory chambers copies are required for all e-filed motions, responses, replies, and surreplies, and all supporting documentation relating to motions, which exceed 50 pages.** The paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office by 12:00 p.m. on the business day after filing. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers." The parties are required to print all courtesy copies from CM/ECF using the "Include headers when displaying PDF documents" feature under "Document Options."

In addition, **<u>all</u> documents filed electronically must be submitted in PDF format** to permit text searches and to facilitate transmission and retrieval. Before these documents are electronically filed, the CM/ECF User shall convert the documents to PDF format. These documents may not be scanned.

Finally, if the parties reach a settlement agreement, counsel shall notify Tim Farrell as soon as possible at Tim_Farrell@wawd.uscourts.gov. An attorney or party who fails to give the Court prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

DATED this 11th day of September, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 3