# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

B.F. and A.A., minors, by and through their guardian Joey Fields, *et al.*,

    Plaintiffs,

v.

AMAZON.COM, INC., a Delaware corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation,

    Defendants.

Case No. C19-910 RAJ-MLP

ORDER

THIS MATTER has come before the Court, pursuant to LCR 7(f), on Defendants Amazon.com, Inc. and A2Z Development Center, Inc. (collectively, "Amazon"), requesting that the Court grant leave to file a brief addressing the October 21, 2019 Report and Recommendation (dkt. # 78) in excess of the 12-page limit under LCR 72. (Dkt. # 82.)

Having reviewed Defendants' Motion, and finding good cause, the Court hereby GRANTS Defendants' Motion for Leave to File Over-Length Brief. Defendants are granted leave to file a brief in response to the Report and Recommendation (dkt. # 78) with an additional six (6) pages, for a total of 18 pages. (Dkt. # 82.) Similarly, Plaintiffs are granted leave to file an overlength response to Defendants' objections totaling 18 pages.

ORDER - 1

The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 31st day of October, 2019.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2