UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| B.F. and A.A., minors, by and through their guardian Joey Fields, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:19-cv-910-RAJ-MLP<br><br>**DEFENDANTS' ORDER GRANTING AMAZON'S UNOPPOSED MOTION FOR LEAVE TO FILE AN OVER-LENGTH BRIEF IN SUPPORT OF MOTION TO DISMISS**<br><br>**<u>NOTED ON MOTION CALENDAR:</u>**<br><br>**JANUARY 7, 2020** |

THIS MATTER has come before the Court, pursuant to Local Rule 7(f), on Defendants Amazon.com, Inc. and A2Z Development Center, Inc. (collectively, "Amazon") requesting that the Court grant leave to file a Motion to Dismiss Plaintiffs' Second Amended Complaint ("SAC") (Dkt. 102) in excess of the twenty-four page limit under Local Rule 7.

Having reviewed Defendants' Motion, and finding good cause, the Court hereby rules as follows:

Defendants' Motion for Leave to File Over-Length Brief is hereby GRANTED. Defendants are granted leave to file an opening brief with an additional four (4) pages, for a total of twenty-eight (28) pages, and a reply brief with an additional two (2) pages, for a total of fourteen (14) pages. Plaintiffs are permitted to file an opposition with an additional four (4) pages, for a

ORDER GRANTING DEFENDANTS'
MOTION TO FILE OVER-LENGTH BRIEF
CASE NO.: 2:19-CV-910-RAJ-MLP

- 1 -

Fenwick & West LLP
1191 Second Avenue, 10th Floor
Seattle, Washington 98101

total of twenty-eight (28) pages.

DATED this 8th day of January, 2020.

*[signature]*
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

FENWICK & WEST LLP

By: *s/ Jeffrey A. Ware*
    Jeffrey A. Ware, WSBA No. 43779
    1191 Second Avenue, 10th Floor
    Seattle, WA 98101
    Telephone: 206.389.4510
    Facsimile: 206.389.4511
    Email: jware@fenwick.com

    Laurence F. Pulgram (admitted *pro hac vice*)
    Tyler G. Newby (admitted *pro hac vice*)
    Molly R. Melcher (admitted *pro hac vice*)
    Armen N. Nercessian (admitted *pro hac vice*)
    Avery L. Brown (admitted *pro hac vice*)
    Mary M. Griffin (admitted *pro hac vice*)
    FENWICK & WEST LLP
    555 California Street, 12th Floor
    San Francisco, CA 94104
    Telephone: 415.875.2300
    Facsimile: 415. 281.1350
    Email: lpulgram@fenwick.com
    tnewby@fenwick.com
    mmelcher@fenwick.com
    anercessian@fenwick.com
    avery.brown@fenwick.com
    mgriffin@fenwick.com

    Attorneys for Defendants
    AMAZON.COM, INC. and
    A2Z DEVELOPMENT CENTER, INC.

PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO FILE OVER-
LENGTH BRIEF
CASE NO.: 2:19-CV-910-RAJ-MLP

- 2 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101