UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

B.F. and A.A., minors, by and through their guardian Joey Fields, et al.,

Plaintiffs,

v.

AMAZON.COM, INC., a Delaware Corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation,

Defendants.

Case No. C19-910 RAJ-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

On March 25, 2020, Defendants Amazon.com, Inc., and A2Z Development Center, Inc., (collectively, "Amazon") filed a Motion to Compel. (Dkt. # 124.) In support of its motion, Amazon also filed "Defendants' Motion to Seal Responses and Objections to Discovery and Exhibits Thereto, in Support of Defendants' Motion to Compel." (Mot. (Dkt. # 123).) Amazon's Motion to Seal regarded Exhibits C-G to its Motion to Compel that it filed under seal because Plaintiffs requested the documents be treated as confidential under the protective order. (*Id.* at 2.)

MINUTE ORDER - 1

Amazon represented that in its view, and in light of the Court's previous order denying the parties' motion to seal, there is no good cause to seal the documents. (*Id.*) Amazon requested Plaintiffs remove the confidentiality designation. (*Id.*) In response, Plaintiffs withdrew the confidentiality designation and consented to the public filing of Amazon's exhibits. (Resp. (Dkt. # 135).) Accordingly, the Court orders that Amazon's Motion to Seal (dkt. # 123) be terminated and Exhibits C-G to its Motion to Compel (dkt. ## 127-1, 127-2, 127-3, 127-4, 127-5) be unsealed.

      The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

      Dated this 7th day of April, 2020.

                                              William M. McCool
                                              Clerk of Court

                                          By: Michael Williams
                                                Deputy Clerk

MINUTE ORDER - 2