UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

B.F. and A.A., minors, by and through their guardian Joey Fields, *et al.*,

    Plaintiffs,

v.

AMAZON, a Delaware corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation,

    Defendants.

Case No. C19-910 RAJ-MJP

~~PROPOSED~~ ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Amazon's motion to stay (Dkt. # 143) is GRANTED.

(3) The Court strikes all other pending motions (Dkts. # 106, 112, 124) and deadlines.

ORDER

(4) The parties are directed to promptly advise the Court when the appeal is concluded and of the result.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 30th day of June, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER