FILED

AUG 6 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| B. F.; A. A., minors, by and through their guardian Joey Fields; C. O., a minor, by and through her guardian Alison ONeil, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs-Appellees,<br><br>v.<br><br>AMAZON.COM INC, a Delaware corporation; A2Z DEVELOPMENT CENTER, INC., a Delaware corporation,<br><br>        Defendants-Appellants. | No.   20-35359<br><br>D.C. No.<br>2:19-cv-00910-RAJ-MLP<br>Western District of Washington, Seattle<br><br>ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellants' unopposed motion (Docket Entry No. 17) to file under seal Volume 4 of the excerpts of record is granted. The Clerk shall publicly file the motion (Docket Entry No. 17-1), the opening brief (Docket Entry No. 14), and Volumes 1 through 3 of the excerpts of record (Docket Entry No. 15), and shall file under seal Volume 4 of the excerpts of record (Docket Entry No. 17-2).

gml/Appellate Commissioner

Appellants' motion to take judicial notice (Docket Entry No. 13) will be addressed by separate order.

The existing briefing schedule shall continue in effect.