UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| B.F. and A.A., minors, by and through their guardian Joey Fields, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation,<br><br>Defendants. | Case No. C19-910 RAJ-MLP<br><br>ORDER |

Plaintiffs, minor children, initiated this action involving wiretapping claims through their respective parents as legal guardians, alleging that Amazon's Alexa service on devices in their homes recorded their confidential communications. Defendants moved to compel arbitration and dismiss this action. (Dkt. # 55.) On October 21, 2019, the Undersigned issued a Report and Recommendation recommending Defendants' motion be denied. (Dkt. # 78.) On April 9, 2020, the Honorable Richard A. Jones adopted the Report and Recommendation. (Dkt. # 137.) Defendants appealed the order and moved for a stay pending appeal. (Dkt. ## 142, 143.) The Court granted the motion to stay and directed the parties to promptly notify the Court when the appeal concluded and the result of the appeal. (Dkt. # 153.) On April 23, 2021, the Ninth Circuit

ORDER - 1

issued a memorandum affirming the Court's denial of Defendants' motion to compel arbitration. (Dkt. # 156.)

Plaintiffs have filed a motion to lift the stay. (Dkt. # 157.) They request the Court resolve all pending motions, including Defendants' motion to dismiss and Plaintiffs' motion to compel discovery responses. Defendants filed a non-opposition to Plaintiffs' motion and request the Court schedule a status and scheduling conference to address discovery and class-certification. (Dkt. # 161.) Based on the Ninth Circuit's ruling, and the issuance of the mandate (dkt. # 162), the Court hereby lifts the stay and schedules a status conference for May 28, 2021.

The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 20th day of May, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge