# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| B.F. and A.A., minors, by and through their guardian Joey Fields, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation<br><br>Defendants. | Case No. C19-910 RAJ-MLP<br><br>RULE 16(b) AND RULE 23(d)(2) SCHEDULING ORDER REGARDING CLASS CERTIFICATION MOTION |

The Court enters the following case schedule:

| EVENT | DATE |
|---|---|
| Deadline for Defendants to file their Answer | June 18, 2021 |
| Deadline for expert reports on class certification | September 28, 2021 |
| Deadline for rebuttal expert reports on class certification | October 28, 2021 |
| Deadline to complete discovery on class certification | November 29, 2021 |

| EVENT | DATE |
|---|---|
| Deadline for Plaintiffs to file Motion for Class Certification | December 29, 2021 |
| Deadline for Defendant to file Opposition to Plaintiffs' Motion for Class Certification | February 9, 2022 |
| Deadline for Plaintiffs to file Reply re: Plaintiffs' Class Certification Motion | February 28, 2022 |

The Court will set further case schedule deadlines pursuant to Federal Rule of Civil Procedure 16(b) after ruling on the motion for class certification. Counsel for Plaintiffs shall inform the Court immediately should Plaintiffs at any time decide not to seek class certification. The dates set in this scheduling order are firm dates that can be changed only by order of the Court, not by agreement of the parties. The Court will alter these dates only upon good cause shown. The failure to complete discovery within the time allowed will not ordinarily constitute good cause. As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible. The parties are reminded that **mandatory chambers copies are required for all e-filed motions, responses, replies, and surreplies, and all supporting documentation relating to motions, which exceed 50 pages.** The paper copy of the documents (with tabs or other organizing aids as necessary) shall be delivered to the Clerk's Office by 12:00 p.m. on the business day after filing. The chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for Chambers." The parties are required to print all courtesy copies from CM/ECF using the "Include headers when displaying PDF documents" feature under "Document Options."

In addition, **all documents filed electronically must be submitted in PDF format** to permit text searches and to facilitate transmission and retrieval. Before these documents are

electronically filed, the CM/ECF User shall convert the documents to PDF format. These documents may not be scanned.

Finally, if the parties reach a settlement agreement, counsel shall notify Tim Farrell as soon as possible at Tim_Farrell@wawd.uscourts.gov. An attorney or party who fails to give the Court prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

Dated this 28th day of May, 2021.

*MJPeterson*

MICHELLE L. PETERSON
United States Magistrate Judge