THE HONORABLE RICHARD A. JONES
THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.O., a minor, by and through her guardian Alison O'Neil, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:19-cv-910-RAJ-MLP<br><br>**JOINT STIPULATION BY THE PARTIES ON BRIEFING FOR PLAINTIFFS' AND DEFENDANTS' FORTHCOMING MOTIONS TO COMPEL DISCOVERY AND [PROPOSED] ORDER** |

JOINT STIPULATION ON BRIEFING
CASE NO. 2:19-CV-910-RAJ-MLP

KELLER LENKNER LLC
150 NORTH RIVERSIDE PLAZA, SUITE 4270
CHICAGO, ILLINOIS 60606
Tel: (312) 741-5220

**STIPULATION**

The Parties hereby stipulate to the following provisions regarding briefing on Plaintiffs' and Defendants' forthcoming Motions to Compel Discovery Responses.

1. On February 27, 2020, Plaintiffs filed a Motion to Compel Discovery Responses ("Plaintiffs' Motion to Compel"), Dkt. 112, asking this Court to compel Defendants to supplement their discovery responses in these proceedings.

2. On March 26, 2020, Defendants filed a Motion to Compel discovery responses ("Defendants' Motion to Compel"), Dkt. 124. Both Motions to Compel were fully briefed.

3. On May 15, 2020, Magistrate Peterson recommended all deadlines on both Motions to Compel be stricken from the Court's calendar, pending the outcome of the Ninth's Circuit's decision on Defendants' appeal of this Court's denial of Defendants' Motion to Compel Arbitration, Dkt. 151.

4. On June 30, 2020, the Court adopted Magistrate Peterson's recommendation, Dkt. 153.

5. At the Court's May 28, 2021 status conference, the Court struck the Motions to Compel and directed the Parties to meet and confer prior to renewing any discovery disputes before the Court.

6. On June 11, 2021, the Parties met and conferred regarding, among other topics, the issues raised in both parties' Motions to Compel and the schedule for discovery. Defendants agreed during that meet and confer to provide further responses to Plaintiffs' First Set of Requests for Production Nos. 48-49, 52, 84, and 94. Defendants also agreed to supplement their responses to Plaintiffs' First Set of Interrogatories Nos. 9 and 10. Plaintiffs agreed during the meet and confer that their supplemental responses to Defendants Second Set of Interrogatories will identify

JOINT STIPULATION ON BRIEFING
CASE NO. 2:19-CV-910-RAJ-MLP

2

KELLER LENKNER LLC
150 NORTH RIVERSIDE PLAZA, SUITE 4270
CHICAGO, ILLINOIS 60606
Tel: (312) 741-5220

each user of the Alexa devices in question (Interrogatory 3), all persons who participated in setting up and activating the Alex devices (Interrogatory No. 4), and information as to all Smart Devices, defined to include all voice activated devices regardless of whether they require a "wake word" (Interrogatories 12, 13, 14).

7. The parties were unable to reach a resolution on the remaining outstanding discovery issues raised in the Motions to Compel.

8. In order to preserve judicial economy, the Parties have stipulated to refile the Motions to Compel, as they were fully briefed at the May 28 2021 status conference, adding a short supplemental statement, not to exceed five (5) pages, updating their positions in light of the meet and confer and otherwise adopting their earlier positions. These papers shall be filed by June 21, 2021.

9. Neither party waives any right to bring any issues relating to the other's compliance with discovery to the attention of the Court at a later date.

Dated: June 14, 2021                    Respectfully submitted,

/s/ *Ashley Keller*
Ashley C. Keller (pro hac vice)
Travis D. Lenkner (pro hac vice)
Seth A. Meyer (pro hac vice forthcoming)
Alex J. Dravillas (pro hac vice)
KELLER LENKNER LLC
150 N. Riverside Plaza, Ste. 4270
Chicago, IL 60606
Tel.: 312.741.5220
Fax: 312.971.3502
Email: ack@kellerlenkner.com
       tdl@kellerlenkner.com
       sam@kellerlenkner.com
       ajd@kellerlenkner.com

Warren D. Postman (pro hac vice)

JOINT STIPULATION ON BRIEFING
CASE NO. 2:19-CV-910-RAJ-MLP

3

KELLER LENKNER LLC
150 NORTH RIVERSIDE PLAZA, SUITE 4270
CHICAGO, ILLINOIS 60606
Tel: (312) 741-5220

KELLER LENKNER LLC
1300 I Street N.W., Suite 400E
Washington, D.C.
Tel.: 202.749.8334
Fax: 312.971.3502
Email: wdp@kellerlenkner.com

Alicia Cobb, WSBA #48685
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
600 University St., Ste. 2800
Seattle, WA 98101
Tel.: 206.905.7075
Fax: 206.905.7100
Email: aliciacobb@quinnemanuel.com

Andrew H. Schapiro (*pro hac vice*)
Stephen Swedlow (*pro hac vice*)
QUINN EMANUEL
URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: 312.705.7400
Fax: 312.705.7401
Email: andrewschapiro@quinnemanuel.com
          stephenswedlow@quinnemanuel.com

*Attorneys for Plaintiffs and the Putative Classes*

/s/ Laurence Pulgram
Brian D. Buckley, WSBA No. 26423
Jeffrey A. Ware, WSBA No. 43779
FENWICK & WEST LLP
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com
          jware@fenwick.com

Laurence F. Pulgram (admitted pro hac vice)
Tyler G. Newby (admitted pro hac vice)
Molly R. Melcher (admitted pro hac vice)
Armen N. Nercessian (admitted pro hac vice)
FENWICK & WEST LLP
555 California Street, 12th Floor

JOINT STIPULATION ON BRIEFING
CASE NO. 2:19-CV-910-RAJ-MLP                    4

KELLER LENKNER LLC
150 NORTH RIVERSIDE PLAZA, SUITE 4270
CHICAGO, ILLINOIS 60606
Tel: (312) 741-5220

San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile: 415. 281.1350
Email: lpulgram@fenwick.com
tnewby@fenwick.com
mmelcher@fenwick.com
anercessian@fenwick.com

*Attorneys for Defendants*

JOINT STIPULATION ON BRIEFING
CASE NO. 2:19-CV-910-RAJ-MLP

5

KELLER LENKNER LLC
150 NORTH RIVERSIDE PLAZA, SUITE 4270
CHICAGO, ILLINOIS 60606
Tel: (312) 741-5220

## ORDER

Based on the foregoing, IT IS SO ORDERED.

DATED: _____

                                                                     _____
The Honorable Michelle L. Peterson
UNITED STATE MAGISTRATE JUDGE

6

JOINT STIPULATION ON BRIEFING
CASE NO. 2:19-CV-910-RAJ-MLP

KELLER LENKNER LLC
150 NORTH RIVERSIDE PLAZA, SUITE 4270
CHICAGO, ILLINOIS 60606
Tel: (312) 741-5220

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 14, 2020, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

/s/ Ashley Keller
Ashley C. Keller (pro hac vice)

JOINT STIPULATION ON BRIEFING
CASE NO. 2:19-CV-910-RAJ-MLP

7

KELLER LENKNER LLC
150 NORTH RIVERSIDE PLAZA, SUITE 4270
CHICAGO, ILLINOIS 60606
Tel: (312) 741-5220