THE HONORABLE RICHARD A. JONES
THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| C.O., a minor, by and through her guardian ALISON HALL-O'NEIL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:19-cv-910<br><br>**STIPULATION AND [PROPOSED] ORDER TO SUBSTITUTE PARTY DEFENDANT AND CHANGE CASE CAPTION** |

Pursuant to Federal Rule of Civil Procedure 25(c), the parties hereby stipulate that Amazon.com Services, LLC, a Washington limited liability company, be substituted as defendant for A2Z Development Center, Inc., and that the caption of the matter be amended to reflect this change. A2Z Development Center, Inc. is a former Amazon subsidiary that no longer exists.

Dated: June 14, 2021

FENWICK & WEST LLP

By: /s/Laurence F. Pulgram
Laurence F. Pulgram
lpulgram@fenwick.com
Brian D. Buckley
bbuckley@fenwick.com
Jeffrey Ware
jware@fenwick.com
1191 Second Avenue, 10th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 206.389.4511

*Attorneys for Defendants*
AMAZON.COM, INC., a Delaware corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation

Dated: June 14, 2021

QUINN EMANUEL URQUHART & SULLIVAN

By: /s/Andrew S. Brown

Andrew S. Brown, WSBA No. 49093
andybrown@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
600 University St., Ste. 2800
Seattle, WA 98101

Andrew H. Schapiro (pro hac vice forthcoming)
andrewschapiro@quinnemanuel.com
Stephen Swedlow (pro hac vice forthcoming)
stephenswedlow@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: 312.705.7400 Fax: 312.705.7401

By: /s/Ashley C. Keller

Ashley C. Keller (*pro hac vice* forthcoming)
ack@kellerlenkner.com
Travis D. Lenkner (pro hac vice forthcoming)

STIP. AND [PROPOSED] ORDER TO SUBSTITUTE PARTY DEF. AND CHANGE CASE CAPTION
CASE NO.: 2:19-CV-910
FW/12139658.1

- 2 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

tdl@kellerlenkner.com
J. Dominick Larry (pro hac vice forthcoming)
nl@kellerlenkner.com
KELLER LENKNER LLC
150 N. Riverside Plaza, Ste. 4270
Chicago, IL 60606
Tel.: 312.741.5220
Fax: 312.971.3502

Warren D. Postman (pro hac vice forthcoming)
KELLER LENKNER LLC
1300 Street N.W., Suite 400E
Washington, D.C.
Tel.: 202.749.8334
Fax: 312.971.3502
wdp@kellerlenkner.com

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that Amazon.com Services, LLC will be substituted as defendant for A2Z Development Center, Inc.

IT IS SO ORDERED.

Dated this __ day of June, 2021.

                                                   Honorable Michelle L. Peterson
                                                   United States Magistrate Judge

STIP. AND [PROPOSED] ORDER TO SUBSTITUTE PARTY DEF. AND CHANGE CASE CAPTION
CASE NO.: 2:19-CV-910
FW/12139658.1

- 3 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101