UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C.O., a minor, by and through her guardian Alison O'Neil, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMAZON.COM, INC., a Delaware corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation,<br><br>Defendants. | Case No. C19-910 RAJ-MLP<br><br>ORDER |

Defendants filed a motion to compel arbitration in this matter. (Dkt. # 55.) Pending ruling on that motion, the parties submitted motions to compel discovery. (Dkt. ## 112, 124.) The Court denied Defendants' motion to compel arbitration, and Defendants appealed. (Dkt. ## 137, 142.) The Court stayed this matter and struck the parties' motions to compel. (Dkt. # 153.) After the Ninth Circuit denied Defendants' appeal, the Court lifted the stay and held a status conference. (Dkt. # 166.) The Court directed the parties to meet and confer regarding their discovery disputes. (*Id*.) The parties submitted a joint stipulation representing that they were able to agree on some of the disputes, but not all. (Dkt. # 168.) The parties propose refiling their previous

ORDER - 1

motions to compel with an additional supplemental statement regarding their updated positions in light of the meet and confer. (*Id.*)

While the Court appreciates the parties' efforts regarding their meet and confer and the stipulation, the Court directs the parties to submit motions addressing only the outstanding discovery disputes for the sake of judicial economy.

The Clerk is directed to send copies of this order to the parties and to the Honorable Richard A. Jones.

Dated this 17th day of June, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2