THE HONORABLE RICHARD A. JONES
THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| C.O., a minor, by and through her guardian ALISON HALL-O'NEIL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and A2Z DEVELOPMENT CENTER, INC., a Delaware corporation,<br><br>Defendants. | Case No.: 2:19-cv-910<br><br>**STIPULATION AND ORDER TO SUBSTITUTE PARTY DEFENDANT AND CHANGE CASE CAPTION** |

Pursuant to Federal Rule of Civil Procedure 25(c), the parties hereby stipulate that Amazon.com Services, LLC, a Washington limited liability company, be substituted as defendant for A2Z Development Center, Inc., and that the caption of the matter be amended to reflect this change. A2Z Development Center, Inc. is a former Amazon subsidiary that no longer exists.

1  Dated: June 14, 2021                           FENWICK & WEST LLP

                                                  By: /s/Laurence F. Pulgram
                                                      Laurence F. Pulgram
                                                      lpulgram@fenwick.com
                                                      Brian D. Buckley
                                                      bbuckley@fenwick.com
                                                      Jeffrey Ware
                                                      jware@fenwick.com
                                                      1191 Second Avenue, 10th Floor
                                                      Seattle, WA  98101
                                                      Telephone:  206.389.4510
                                                      Facsimile:  206.389.4511

                                                  *Attorneys for Defendants*
                                                  AMAZON.COM, INC., a Delaware
                                                  corporation, and A2Z DEVELOPMENT
                                                  CENTER, INC., a Delaware corporation

Dated:   June 14, 2021

                                                  QUINN EMANUEL URQUHART & SULLIVAN

                                                  By:    /s/Andrew S. Brown

                                                      Andrew S. Brown, WSBA No. 49093
                                                      andybrown@quinnemanuel.com
                                                      QUINN EMANUEL URQUHART &
                                                      SULLIVAN LLP
                                                      600 University St., Ste. 2800
                                                      Seattle, WA  98101

                                                      Andrew H. Schapiro (pro hac vice
                                                      forthcoming)
                                                      andrewschapiro@quinnemanuel.com
                                                      Stephen Swedlow (pro hac vice forthcoming)
                                                      stephenswedlow@quinnemanuel.com
                                                      QUINN EMANUEL URQUHART &
                                                      SULLIVAN LLP
                                                      191 N. Wacker Drive, Suite 2700
                                                      Chicago, IL 60606
                                                      Tel: 312.705.7400 Fax: 312.705.7401

                                                  By:    /s/Ashley C. Keller

                                                      Ashley C. Keller (*pro hac vice* forthcoming)
                                                      ack@kellerlenkner.com
                                                      Travis D. Lenkner (pro hac vice forthcoming)

STIP. AND [PROPOSED] ORDER TO SUBSTITUTE PARTY DEF. AND CHANGE CASE CAPTION
CASE NO.: 2:19-CV-910
FW/12139658.1

- 2 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON  98101

| | |
|---|---|
| 1 | tdl@kellerlenkner.com |
| 2 | J. Dominick Larry (pro hac vice forthcoming) |
| | nl@kellerlenkner.com |
| | KELLER LENKNER LLC |
| 3 | 150 N. Riverside Plaza, Ste. 4270 |
| | Chicago, IL 60606 |
| 4 | Tel.: 312.741.5220 |
| | Fax: 312.971.3502 |

Warren D. Postman (pro hac vice forthcoming)
KELLER LENKNER LLC
1300 Street N.W., Suite 400E
Washington, D.C.
Tel.: 202.749.8334
Fax: 312.971.3502
wdp@kellerlenkner.com

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that Amazon.com Services, LLC will be substituted as defendant for A2Z Development Center, Inc.

IT IS SO ORDERED.

Dated this 17th day of June, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIP. AND [PROPOSED] ORDER TO
SUBSTITUTE PARTY DEF. AND
CHANGE CASE CAPTION
CASE NO.: 2:19-CV-910

- 3 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

FW/12139658.1