THE HONORABLE RICHARD A. JONES
THE HONORABLE MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| C.O., a minor, by and through her guardian ALISON O'NEIL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., a Delaware corporation, and AMAZON.COM SERVICES, LLC, a Washington Limited Liability Company,<br><br>Defendants. | Case No.: 2:19-cv-910-RAJ-MLP<br><br>**STIPULATED MOTION AND ORDER TO CONTINUE HEARING ON MOTIONS TO COMPEL**<br><br>**NOTED ON MOTION CALENDAR:**<br>July 16, 2021<br><br>**ORAL ARGUMENT SCHEDULED:**<br>July 29, 2021 |

## STIPULATION

Plaintiffs and Defendants Amazon.com.com, Inc. and Amazon.com Services, LLC (collectively, "Amazon," and together with Plaintiffs, the "Parties") jointly stipulate and move the Court for an Order to continue the hearing scheduled on July 29, 2021 regarding the Parties' motions to compel further discovery responses.

Following remand, the Parties met and conferred regarding outstanding discovery and were able to narrow their areas of dispute. The Parties filed cross motions to compel further discovery responses on July 1, 2021. Those motions are currently pending before the Court (Dkt. 175 and 178) and oral argument is scheduled to be held on Thursday, July 29, 2021.

The Parties have continued to meet and confer after the filing of their respective motions

STIP. AND ORDER TO CONTINUE
HEARING ON MOTIONS TO COMPEL
CASE NO.: 2:19-CV-910-RAJ-MLP

- 1 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

and believe that there is a significant likelihood that they can reduce the matters requiring the Court's determination by agreement.

In the interest of judicial efficiency and reducing disputed issues, the Parties therefore respectfully request that the Court continue the hearing on their respective motions to compel until a date and time of the Court's selection on or after August 12, 2021.  No less than three court days prior to the new hearing date, the Parties would jointly notify the Court of the issues that are resolved.

Dated: July 28, 2021                                          Respectfully Submitted,

                                                                 FENWICK & WEST LLP

By: */s/Brian D. Buckley*
     Brian D. Buckley, WSBA No. 26423

1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone:   206.389.4510
Fax:                206.389.4511
Email:            bbuckley@fenwick.com

Laurence F. Pulgram (admitted *pro hac vice*)
Tyler G. Newby (admitted *pro hac vice*)

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Fax:                415.281.1350
Email:     lpulgram@fenwick.com
                tnewby@fenwick.com

*Attorneys for Defendants*
AMAZON.COM, INC. and
AMAZON.COM SERVICES, LLC

STIP. AND ORDER TO CONTINUE
HEARING ON MOTIONS TO COMPEL
CASE NO.: 2:19-CV-910-RAJ-MLP
- 2 -
FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

| | |
|---|---|
| Dated: July 28, 2021 | QUINN EMANUEL URQUHART & SULLIVAN |
| | By: /s/ Alicia Cobb |
| | Alicia Cobb, WSBA No. 48685 |

QUINN EMANUEL URQUHART & SULLIVAN LLP
1109 First Avenue, Ste. 210
Seattle, WA 98101
Tel: 206.905.7000
Fax: 206.905.7100
aliciacobb@quinnemanuel.com

Andrew H. Schapiro (admitted *pro hac vice*)
Stephen Swedlow (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN LLP
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
Tel: 312.705.7400 Fax: 312.705.7401
andrewschapiro@quinnemanuel.com
stephenswedlow@quinnemanuel.com

Ashley C. Keller (admitted *pro hac vice*)
Travis D. Lenkner (admitted *pro hac vice*)
KELLER LENKNER LLC
150 N. Riverside Plaza, Ste. 4270
Chicago, IL 60606
Tel.: 312.741.5220
Fax: 312.971.3502
ack@kellerlenkner.com
tdl@kellerlenkner.com

Warren D. Postman (admitted *pro hac vice*)
KELLER LENKNER LLC
1300 Street N.W., Suite 400E
Washington, D.C.
Tel.: 202.749.8334
Fax: 312.971.3502
wdp@kellerlenkner.com

*Attorneys for Plaintiffs*

# ORDER

Pursuant to the Parties' stipulated request, IT IS HEREBY ORDERED that:

STIP. AND ORDER TO CONTINUE
HEARING ON MOTIONS TO COMPEL
CASE NO.: 2:19-CV-910-RAJ-MLP

- 3 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101

1. The hearing scheduled for Thursday, July 29, 2021, is continued to August 17, 2021 at 3:30 pm.
2. The Parties shall jointly notify the Court of the issues that are resolved no less than three court days prior to the new hearing date.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED this 28th day of July, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

FENWICK & WEST LLP

By: *s/ Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423

1191 Second Avenue, 10th Floor
Seattle, WA  98101
Telephone: 206.389.4510
Facsimile: 206.389.4511
Email: bbuckley@fenwick.com

*Attorney for Defendants*
AMAZON.COM, INC. and
AMAZON.COM SERVICES, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that, on July 28, 2021, I caused a true and correct copy of the foregoing to be filed in this Court's CM/ECF system, which sent notification of such filing to counsel of record.

*/s/Brian D. Buckley*
Brian D. Buckley, WSBA No. 26423
FENWICK & WEST LLP

STIP. AND ORDER TO CONTINUE
HEARING ON MOTIONS TO COMPEL
CASE NO.: 2:19-CV-910-RAJ-MLP

- 5 -

FENWICK & WEST LLP
1191 SECOND AVENUE, 10TH FLOOR
SEATTLE, WASHINGTON 98101