UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HALL-O'NEIL, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>AMAZON.COM INC., *et al.*,<br><br>        Defendants. | Case No. C19-910-RAJ-MLP<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Stipulation of Dismissal (Dkt. # 194). Based on the parties' stipulation, the Court ORDERS:

The case is hereby DISMISSED without prejudice and with each side to bear its own attorneys' fees and costs.

DATED this 20th day of December, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1